Rebecca C. Padilla, (CSBN: 248605)
**POTTER, PADILLA & PFAU**
3852 East Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-mail: rpadilla@potterpadillalaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHELTER, | Case No.: EDCV23-10723 RAO ~~5:23-cv-01573-SHK~~ |
| Plaintiff, | ~~{PROPOSED}~~ **ORDER AWARDING** |
| vs. | **EQUAL ACCESS TO JUSTICE** |
| | **ACT ATTORNEY FEES** |
| MARTIN O'MALLEY, Commissioner of Social Security, | **PURSUANT TO 28 U.S.C. § 2412(d)** |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees:

**IT IS ORDERED** that the Commissioner shall pay the amount of $8,200.00 (Eight Thousand, Two Hundred Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: 07/10/2024

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

1